UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARCO GONZALEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF <br><br> v. <br><br> J & J PRESSURE MANAGEMENT USA, LTD, <br><br> DEFENDANT | § § § § § § § § § § § § § § § | CA NO. 5:23-cv-1138-FB |

### NOTICE OF FILING OF PLAINTIFF'S NOTICE OF CONSENT

Plaintiff Marco Gonzalez hereby files the following Notice of Consent for Andrew Reyes in connection with the above-entitled and numbered action, attached hereto as Exhibit A.

Respectfully submitted,

WELMAKER LAW, PLLC

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served via this Court's ECF filing system on November 9, 2023.

/s/ Douglas B. Welmaker
Douglas B. Welmaker