# Carly McKenny

| | |
|---|---|
| **From:** | Carly McKenny |
| **Sent:** | Friday, November 3, 2023 9:49 AM |
| **To:** | 'doug@welmakerlaw.com' |
| **Cc:** | Daely Sosnowski; Conner Helms |
| **Subject:** | Marco Gonzalez v. J&J Pressure Management |

Good morning, Mr. Welmaker –

I am reaching out regarding your previous conversation with Mr. Helms about sending us the backup documentation to support your client's claims against J&J Pressure Management. Please let me know if we can still expect this documentation sometime today.

Please feel free to give me a call to discuss or if you have any questions.

Thank you,

Carly McKenny
*Attorney*
HELMS LAW FIRM
One NE 2nd Street, Ste. 202
Oklahoma City, OK  73104
Phone: (405) 319-0700
Facsimile: (405) 319-9292
www.helmslegal.com

1



EXHIBIT 1

# Carly McKenny

| | |
|---|---|
| **From:** | Conner Helms |
| **Sent:** | Monday, November 6, 2023 11:05 AM |
| **To:** | Douglas Welmaker |
| **Cc:** | Carly McKenny; Daely Sosnowski |
| **Subject:** | Marco Gonzalez v. J&J Pressure Management |

Dear Mr. Welmaker,

We have left you several messages to call us to discuss this case and to get an update from you on what dates was your client not paid his overtime and the amount. J&J Pressure Management has provided me with your client's pay records and it appears he was paid overtime every pay period to the 100th of an hour each day he clocked in and clocked out. Please call me or Carly McKenny to discuss.

Conner L. Helms
HELMS LAW FIRM
One NE 2nd Street, Suite 202
Oklahoma City, OK 73104
Phone: 405-319-0700
Fax: 405-319-9292
Cell: 405-640-9991
www.helmslegal.com