**Carly McKenny**

| | |
|---|---|
| **From:** | Douglas Welmaker <doug@welmakerlaw.com> |
| **Sent:** | Monday, November 6, 2023 1:16 PM |
| **To:** | Conner Helms |
| **Cc:** | Carly McKenny; Daely Sosnowski |
| **Subject:** | Re: Marco Gonzalez v. J&J Pressure Management, Rule 408 |

Conner, after speaking with my client, determining his damages will be something that I am going to have to do by reviewing the time entries and reviewing the edits to the time entries. Marco does not know precisely how much time was taken, just that his time was edited and reduced, and that his supervisor admitted to reducing not just his time entries, but the time entries of others, all at the direction of the owner.

**Douglas B. Welmaker**
Welmaker Law, PLLC
409 N. Fredonia St., Suite 118
Longview, Texas 75601
(512) 799-2048
http://www.welmakerlaw.com

**From:** Conner Helms <conner@helmslegal.com>
**Sent:** Monday, November 6, 2023 11:17 AM
**To:** Douglas Welmaker <doug@welmakerlaw.com>
**Cc:** Carly McKenny <carly@helmslegal.com>; Daely Sosnowski <daely@helmslegal.com>
**Subject:** RE: Marco Gonzalez v. J&J Pressure Management

Thank you.

Conner L. Helms
HELMS LAW FIRM
One NE 2nd Street, Suite 202
Oklahoma City, OK 73104
Phone: 405-319-0700
Fax: 405-319-9292
Cell: 405-640-9991
www.helmslegal.com

**From:** Douglas Welmaker <doug@welmakerlaw.com>
**Sent:** Monday, November 6, 2023 11:13 AM
**To:** Conner Helms <conner@helmslegal.com>
**Cc:** Carly McKenny <carly@helmslegal.com>; Daely Sosnowski <daely@helmslegal.com>
**Subject:** Re: Marco Gonzalez v. J&J Pressure Management

Conner, I apologize for not getting back to you. I have a call into my client and as soon as we speak, I will give you a call.

**Douglas B. Welmaker**
Welmaker Law, PLLC

1



EXHIBIT
2