## AFFIDAVIT

STATE OF TEXAS )
) ss.
COUNTY OF MIDLAND )

I, Joyce Reyes, being of legal age and sound mind, upon my oath, testify and state as follows:

1. I am the office manager for J&J Pressure Management ("J&J") and have access to the pay records for all employees of J&J.

2. The pay records for Marco Gonzalez attached to the Motion for Rule 11 Sanctions are true and correct copies of Marco Gonzalez's pay records from J&J Pressure Management.

3. The pay records for Marco Gonzalez accurately reflect the time worked by Marco Gonzalez and the corresponding pay by J&J Pressure Management for that work.

4. J&J uses a phone app to track employees clocking in and clocking out. The app automatically clocks employees in when they enter the work site premises, and automatically clocks them out when the employee leaves the work site premises.

5. Ryan Bourne was Marco Gonzalez's supervisor when Mr. Gonzalez worked for J&J.

6. The payroll system is located and managed off premises from Charlotte, Texas, and Mr. Bourne did not have access to the system to manipulate employee compensation or time worked.

Dated this 30 day of November, 2023.

FURTHER AFFIANT SAITH NOT.


Joyce Reyes


EXHIBIT 4

SUBSCRIBED AND SWORN to before me this ____ day of __December__ 2023.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

NAOMI SANCHEZ
Notary ID #131315593
My Commission Expires
June 24, 2026