## AFFIDAVIT

STATE OF TEXAS ) 
) ss.
COUNTY OF MIDLAND )

I, Ryan Bourne, being of legal age and sound mind, upon my oath, testify and state as follows:

1. I was the supervisor for Marco Gonzalez ("Plaintiff") while he was an employee of J&J Pressure Management.

2. I have read the allegations set forth in Plaintiff's Original Complaint and in Plaintiff's First Amended Complaint.

3. I have never made reductions on, or shaved down, overtime hours worked by Marco Gonzalez or any other employees of J&J Pressure Management ("J&J")

4. The owners of J&J have never instructed me to reduce or shave down overtime hours of employees.

5. I explicitly deny that the conversation Plaintiff alleges happened in ¶ 23 of his First Amended Complaint ever occurred in its entirety. Specifically, I never told Plaintiff that I was instructed to shave down overtime hours by the owners of J&J, nor that this was happening to "all of Defendant's hourly employees."

6. I explicitly deny the allegations in ¶ 24 of Plaintiff's First Amended Complaint that after Plaintiff's separation of employment from J&J, I warned other employees that if they spoke to Plaintiff or joined in his lawsuit, they would be terminated. I have never made such comments or had any such conversations with employees of J&J.

7. I explicitly deny the allegations in ¶ 25 of Plaintiff's First Amended Complaint that I told other employees I had an "insurance policy" against being fired. I have no copies of emails



instructing me to shave down J&J employees overtime hours, nor have I ever received such an email.

8. The time records for hourly employees under my supervision are controlled by a phone app which clocks the employee in when the employee enters the work premises, and clocks the employee out when the employee leaves the premises.

9. I never had access or authority to change an employee's overtime hours on the payroll system. The payroll system is monitored off site, not at the Charlotte, Texas work premises.

Dated this 30 day of November, 2023.

FURTHER AFFIANT SAITH NOT.

Ryan Bourne

SUBSCRIBED AND SWORN to before me this 4 day of December 2023.

NOTARY PUBLIC

MY COMMISSION EXPIRES:

[SEAL] NAOMI SANCHEZ
Notary ID #131315593
My Commission Expires
June 24, 2026