UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARCO GONZALEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>J&J PRESSURE MANAGEMENT USA, LTD,<br><br>DEFENDANT | § § § § § § § § § § § § § § | CA NO. 5:23-cv-1138-FB |

## ORDER ON DEFENDANT'S MOTION FOR SANCTIONS

Before the Court is Defendant's Motion for Rule 11 Sanctions. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things denied.

Accordingly, it is hereby ORDERED that Defendants' Motion for Rule 11 Sanctions is DENIED. As Plaintiff is the prevailing party under FRCP 11(c)(2), Plaintiff's counsel is ordered to submit a fee application for all costs and fees associated with responding to Defendant's Motion for Rule 11 Sanctions.

SIGNED this the _____ day of _____, 2023.

_____
HONORABLE FRED BIERY