UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MARCO GONZALEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **PLAINTIFF** | § § § | |
| v. | § § | **CA NO. 5:23-cv-1138-FB-RBF** |
| **J&J PRESSURE MANAGEMENT USA, LTD,** | § § § § | |
| **DEFENDANT** | § | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

    Before the Court is the Defendant's Motion to Dismiss Plaintiff's Complaint. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things denied.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint is DENIED.

    SIGNED this the _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE