AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Marco Gonzales, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:23-cv-1138-FB |
| J&J Pressure Management USA, LTD., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, J&J Pressure Management, USA, LTD.

Date: 12/28/2023

/s/ Conner L. Helms
*Attorney's signature*

Conner L. Helms, Texas Bar No. 09399930
*Printed name and bar number*

Helms Law Firm
One N.E. 2nd Street, Suite 202
Oklahoma City, Oklahoma 73104

*Address*

conner@helmslegal.com
*E-mail address*

(405) 319-0700
*Telephone number*

(405) 319-9292
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2023, the foregoing has been electronically filed and served via this Court's CM/ECF filing system.

*/s/ Conner L. Helms*