# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MARCO GONZALEZ, ON BEHALF OF HIMSELF AND OTHER SIMILARLY SITUATED, AND ANDREW REYES, <br><br> Plaintiffs, <br><br> v. <br><br> J&J PRESSURE MANAGEMENT USA, LTD., <br><br> Defendant. | § § § § § § § § § § § § § § Civil Action No. 5:23-cv-01138-FB-RBF |

## DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Attorneys for Defendant J&J Pressure Management USA, Ltd. ("Defendant") respectfully request the Court to allow Conner L. Helms to withdraw as counsel of record for Defendant and substitute Megan M. Mitchell (Lead Counsel) of Gordon Rees Scully Mansukhani as new counsel for Defendant. Defendant authorizes this withdrawal and requested substitution. Accordingly, Defendant respectfully requests that Conner L. Helms be allowed to withdraw from this matter and that Megan M. Mitchell of Gordon Rees Scully Mansukhani be substituted as Defendant's counsel of record in the above-styled and numbered case.

Additionally, it is requested that the clerk of the Court terminate Conner L. Helms as counsel of record for Defendant and substitute the names Megan M. Mitchell of Gordon Rees Scully Mansukhani, LLP and that all communications from the Court or other counsel with respect to this suit be addressed to:

**Megan M. Mitchell** – Lead Counsel, mmmitchell@grsm.com
Gordon Rees Scully Mansukhani, LLP
1900 West Loop South, Suite 1000
Houston, TX 77027
(713) 961-3366 (Telephone)
(713) 961-3938 (Facsimile)

This withdrawal and substitution of counsel has been agreed to by Counsel for Plaintiff and is not sought for delay.

Date:   March 4, 2024

                                                Respectfully submitted,

**HELMS LAW FIRM**

*/s/ \*Conner L. Helms*
Conner L. Helms
Texas State Bar No. 09399930
One N.E. Second Street, Suite 202
Oklahoma City, OK 73104
Telephone: (405) 319-0700
Facsimile: (405) 319-9292
*\*Signed by permission*

**-AND-**

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Megan M. Mitchell*
**Megan M. Mitchell – Lead Counsel**
Texas State Bar No. 24073504
mmmitchell@grsm.com
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

      I hereby certify that a conference was held with counsel of record for Plaintiff on February 27, 2024 and that there is no opposition to this motion.

                                                  */s/ Megan M. Mitchell*
                                                  **Megan M. Mitchell**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will automatically send notification of such filing to counsel(s) and parties of record.

Douglas B. Welmaker
WELMAKER LAW, PLLC
409 N. Fredonia, Suite 118
Longview, TX 75601
Telephone: (512) 799-2048
Email: doug@welmakerlaw.com

**Attorneys for Plaintiff**

                                                  */s/ Megan M. Mitchell*
                                                  **Megan M. Mitchell**