IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARCO GONZALEZ, ON BEHALF OF HIMSELF AND OTHER SIMILARLY SITUATED, AND ANDREW REYES,<br><br>Plaintiffs,<br><br>v.<br><br>J&J PRESSURE MANAGEMENT USA, LTD.,<br><br>Defendant. | §§§§§§§§§§§§§ Civil Action No. 5:23-cv-01138-FB-RBF |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

On this day, the Court considered Defendant J&J Pressure Management USA, Ltd.'s ("Defendant") Unopposed Motion to Substitute Counsel ("Motion"), filed in the above-captioned case on March 4, 2024. Therein, Defendant asks the Court to permit attorney Megan M. Mitchell of Gordon Rees Scully Mansukhani, LLP to substitute for attorney Conner L. Helms as counsel of record for J&J Pressure Management USA, Ltd. After due consideration, the Court is of the opinion that Defendant's Motion should be granted and that the following orders should enter.

**IT IS HEREBY ORDERED** that Defendant J&J Pressure Management USA, Ltd.'s Unopposed Motion to Substitute Counsel is GRANTED.

**IT IS FURTHER ORDERED** that attorney Conner L. Helms is withdrawn as counsel of record for Defendant.

**IT IS FINALLY ORDERED** that attorney Megan M. Mitchell of Gordon Rees Scully Mansukhani, LLP are SUBSTITUTED as counsel of record for Defendant, with Megan M. Mitchell serving as lead counsel.

SIGNED this _____ day of _____, 2024.

_____
JUDGE PRESIDING