UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARCO GONZALEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF | § § § § | |
| v. | § § | CA NO. 5:23-cv-1138-FB |
| J&J PRESSURE MANAGEMENT USA, LTD, | § § § § | |
| DEFENDANT | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Marco Gonzalez and Opt-In Plaintiff Andrew Reyes ("Plaintiffs") and Defendant J&J Pressure Management USA, LTD ("Defendant") (collectively "the Parties") stipulate and agree that as Plaintiffs no longer desire to pursue their claims against Defendant, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and each party shall bear their own fees and costs.

WHEREFORE, Plaintiffs and Defendant respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiffs and Defendant in this action with each party bearing their own attorney's fees and costs.

Respectfully submitted,

WELMAKER LAW, PLLC

*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Megan M. Mitchell*
**Megan M. Mitchell – Lead Counsel**
Texas State Bar No. 24073504
mmmitchell@grsm.com
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 961-3366 Facsimile: (713) 961-3938

**ATTORNEYS FOR DEFENDANTS**