IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARCO GONZALEZ, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>J&J PRESSURE MANAGEMENT USA, LTD.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. SA-23-CA-1138-FB<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice, filed on April 14, 2024. (Docket no. 25). The parties stipulate and agree that, as Plaintiffs no longer desire to pursue their claims against Defendant, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and each party shall bear their own fees and costs. Plaintiffs and Defendant therefore request that the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiffs and Defendant in this action with each party bearing their own attorney's fees and costs. After careful consideration, the Court is of the opinion that the request should be granted.

Accordingly, IT IS ORDERED, ADJUDGED and DECREED that, pursuant to the parties' Joint Stipulation of Dismissal With Prejudice (docket no. 25) signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), any and all claims asserted by and between Plaintiffs and Defendant in this action are DISMISSED WITH PREJUDICE, with each party bearing their own attorney's fees and costs.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 15th day of April, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE